UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Michael Rhine Hafer, | ) | Civil Action No. 5:14-cv-3917-TLW-KDW |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

On October 8, 2014, Plaintiff, appearing through counsel, filed this action appealing a denial of social security benefits. Defendant filed an answer and copy of the administrative record on April 3, 2015. ECF Nos. 9, 10. Plaintiff's brief in support of his appeal was due by May 7, 2015. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 9. On April 6, 2015, Plaintiff sought, and was granted, an extension of time making his brief due June 8, 2015. ECF No. 13. On June 3, 2015, Plaintiff requested another extension of time based on Defendant's representation that an amended transcript would be filed. ECF No. 15. That motion was granted, and Defendant filed an amended transcript on June 8, 2015, and an amended answer on June 8, 2015, making Plaintiff's brief due July 13, 2015.[1] *See* ECF No. 21. To date, however, Plaintiff has not filed his brief, nor has counsel communicated further with the court regarding the deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than **August 7, 2015**. Plaintiff is advised that if he fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

July 24, 2015
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge

---

[1] Based on the second extension Plaintiff had requested, his brief was to be due by July 8, 2015. *See* ECF No. 16. In this instance, however, the court uses the later due date of July 13, 2015, which is based on the date Defendant filed an amended answer. In any event, Plaintiff has missed the deadline for filing his brief.